UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20787-CV-WILLIAMS

YASMIN GALARZA,

    Plaintiff,

v.

ROSS DRESS FOR LESS, INC.,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 17) ("***Report***") on Defendant's Motion to Strike Allegation of Negligent Mode of Operation from Plaintiff's Complaint (DE 4) ("***Motion***"). In the Report, Magistrate Judge Reid recommends that the Court grant Defendant's Motion. (DE 17 at 1.) No Party filed objections to the Report and the time to file objections has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 17) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion (DE 4) is **GRANTED**.
3. Paragraphs 14(d) and 14(e) of the Complaint (DE 1-1) are **STRICKEN**, as set forth in the Report.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>9th</u> day of August, 2023.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE